# Order

Michigan Supreme Court
Lansing, Michigan

July 17, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

143475(67)


BRUCE WHITMAN,
        Plaintiff-Appellant/
        Cross-Appellee,

v

CITY OF BURTON and CHARLES SMILEY,
        Defendants-Appellees/
        Cross-Appellants.

SC:  143475
COA:  294703
Genesee CC:  08-087993-CL

_____

        On order of the Chief Justice, the motion by defendants cross-appellants for extension to July 3, 2012 of the time for filing their brief is considered and it is granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 17, 2012

_____
Clerk